## Kennerdell v. Philadelphia Life Insurance Company, Appellant.

OPINION BY PORTER, J., July 15, 1914:

This case presents only the same questions which were considered in the case of Carson N. Reed v. Philadelphia Life Insurance Co., in which an opinion has this day been filed, ante, p. 83, and for the reasons there stated the judgment is affirmed.